**Elias ILYIA, Plaintiff–Appellant,**

v.

**Maroun N EL KHOURY, aka Maroun N El-Khoury, aka Maroun N Elkhoury, aka Maroun N Khoury and Sophie Jalbert El Khoury, aka Sophie Jalbert, Defendants–Appellees.**

No. 12–35138.

United States Court of Appeals, Ninth Circuit.

June 26, 2012.*

Filed July 5, 2012.

Sam A. Eidy, William R. Lindsley, Law Offices of William R. Lindsley, LLC, San-

dra Wilton, Wilton Law Firm, Tacoma, WA, for Plaintiff–Appellant.

Mark A. Anderson, Esquire, Michael A. Patterson, Patterson Buchanan Fobes Leitch & Kalzer, Inc., P.S., Seattle, WA, for Defendant–Appellee.

Before: SCHROEDER, HAWKINS and GOULD, Circuit Judges.

MEMORANDUM **

Elias Ilyia appeals the district court's denial of his request for preliminary injunctive relief against Maroun N El Khoury and Sophie Jalbert El Khoury. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir.2008); *see Winter v. Natural Resources Defense Council*, 555 U.S. 7, 129 S.Ct. 365, 374, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752–53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.